Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone:  (949) 486-1888
Fax:      (949) 486-1889
Email: r.n@azimynathan.com
            e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>  Plaintiff,<br><br>  v.<br><br>MARVIN C. MARX as Trustee of THE ROSE MARX IRREVOCABLE TRUST; THE ROSE MARX IRREVOCABLE TRUST and Does 1 through 10, inclusive.<br><br>  Defendants. | Case No.:  2:06-CV-00889 WBS GGH<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>**F.R.Civ.P. 41(a)(1)** |

- 1 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants Marvin C. Marx as Trustee of The Rose Marx Irrevocable Trust and The Rose Marx Irrevocable Trust, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs. This stipulation is void if court order is not signed by Judge before July 31, 2006.

DATED: June 30, 2006                              **AZIMY & NATHAN, LLP**


By: /s/ Reuben D. Nathan, Esq.
Reuben D. Nathan, Esq.
Attorney for Plaintiff,
Joseph Abdullah

DATED: June 30, 2006                              **MARVIN C. MARX**


By: /s/ Marvin C. Marx as authorized on June 30, 2006

Marvin C. Marx, Defendant
Trustee of The Rose Marx Irrevocable Trust

- 2 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**

### ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: July 3, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

**STIPULATION OF DISMISSAL AND ORDER THEREON**